IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SAMPSON COURTNEY,**

    **Petitioner,**

v.                                         Case No. 4:15cv29-MW/CJK

**MELINDA N. COONROD,**
**Chairman, Florida Commission on**
**Offender Review,**

    **Respondent**.
_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 17.   Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "The amended petition for writ of habeas corpus, ECF No. 4, is DENIED.  A certificate of appealability is DENIED." The Clerk shall close the file.

**SO ORDERED on September 21, 2016.**

                                                       **s/ MARK E. WALKER**
                                                       **United States District Judge**